UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No.   2:22-CV-05565-MEMF-AS                               Date: August 2, 2024

Title   *Jessica Cornejo v. Dolex Dollar Express, Inc.*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: ORDER RE JOINT STIPULATION TO CONTINUE TRIAL AND ALL PRETRIAL DEADLINES [ECF NO. 23]**

On July 10, 2024, the parties filed a Joint Stipulation to Continue Trial and All Pretrial Deadlines, as the parties have reached a settlement in the case. The Court, having considered the stipulation and finding good cause therefore, hereby ORDERS that the action is STAYED and administratively closed until sixty (60) days from the date of this Order. The parties are ORDERED to file, within sixty (60) days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of sixty-one (61) days from the date of this Order.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

:

Initials of Preparer     DBE